ADNAN T. MALIK
5448 DREXEL AVE.
PENNSAUKEN, NJ 08109

*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002-2977
(856) 663-5002

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**(Camden)**

| | |
|---|---|
| In Re:<br><br>ADNAN T. MALIK<br><br><br><br>Debtor(s). | Proceedings in Chapter 13<br><br>Case No.: 23-14114-ABA<br><br>**TRUSTEE'S STATEMENT PURSUANT TO 11 U.S.C. §§ 1302(c), 1106(a)(3), and 1106(a)(4)** |

    The Chapter 13 Standing Trustee hereby submits this Statement of Investigation of the financial affairs of the Debtor(s) pursuant to 11 U.S.C. §§ 1302(c), 1106(a)(3) and 1106(a)(4).

    1.   The Trustee's office has conducted a § 341(a) Meeting of Creditors and a business examination which consisted of the review of the Petition, Schedules A - J, Statement of Financial Affairs, and Statement of Current Monthly Income, including a comparison between the Debtor(s)' filed petition and schedules and Certification of Business Debtor (attached hereto as Exhibit "A").

    2.   The Trustee, except to the extent that the Court orders otherwise, has investigated the acts, conduct, assets, liabilities, and financial condition of the Debtor(s), the operation of the Debtor(s)' business and the desirability of the continuance of such business, and any other matter relevant to the case or to the formulation of a plan.

    3.   Furthermore, in connection with the investigation, the Trustee has not ascertained any fact pertaining to fraud, dishonesty, incompetence, misconduct, mismanagement or irregularity in the management of the affairs of Debtor(s), or to a cause of action available to the estate.

Dated: July 27, 2023

ICB:   KES
via first class mail:
    ADNAN T. MALIK

Respectfully submitted,

*/s/ ISABEL C. BALBOA*
ISABEL C. BALBOA
Chapter 13 Standing Trustee

Form 20020-00-Trustee's Statement; Chapter 13 Standing Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
(Camden)

| IN RE:<br><br>Adnan T. Malik<br><br>Debtor(s). | Proceedings in Chapter 13<br><br>Case Number: 23-14114 (ABA)<br><br>CERTIFICATION OF DEBTOR DERRIVING INCOME FROM NON-EMPLOYEE COMPENSATION (IRS FORM 1099-MISC INCOME) |
|---|---|

I, __Adnan T. Malik__ being duly sworn, upon my oath state:

1. I derive income from non-employee compensation (IRS Form 1099-Misc) for the following company(ies):
    a. Uber
    b. _____

2. The nature of my work as a Form 1099-Misc employee is __Driver__.

3. I began as a Form 1099-Misc employee on __06/01/2022__.

4. I presently ((receive) or do not receive) income as a 1099 employee.

5. I stopped as a Form 1099-Misc employee on __n/a__.

6. I (do or (do not)) have separate liability insurance coverage for the work I perform as a Form 1099-Misc employee.

7. As of the date of this certification I have the following insurance coverage(s):

   ☒ Auto insurance;                ☐ Professional liability insurance (E&O);
   ☒ Property insurance;            ☐ Malpractice insurance;
   ☐ Other: _____;            ☐ No insurance required.

8. I ((do) or do not) have an active license or permit for the work I perform as a Form 1099-Misc employee.

9. I have bank accounts in the following financial institutions which are utilized for the work I perform as a Form 1099-Misc employee. (include Paypal & online accounts):

| Bank Name | Type of Account / Purpose | Account Number (Last 4 digits) |
|---|---|---|
| TD BANK | CHECKING/PAYMENT | 3622 |
|  |  |  |

Page 1 of 2

10. I (do or do not) have business expenses associated with the work I perform as a Form 1099-Misc employee (i.e. gas, travel, tolls, etc.).

11. These expenses are (reimbursed or unreimbursed) by my employer.

12. I (have or have not) filed individual tax returns with the Internal Revenue Service for all the prior tax years, for which I/the business was required to file a return.

13. I (have or have not) filed applicable state tax returns with the State of New Jersey or any other state or commonwealth for all prior tax years, for which I/the business was required to file a return.

14. As of the date of this certification, the value of my business assets, including tools, equipment, inventory, and accounts total $ ¢ .

15. As of the date of this certification, I have business obligations which total $ ¢ .

16. In support of this certification and as required by the Standing Trustee, I provide the following attached documents (attached):

    ☐ Last two (2) filed Federal Tax Returns, with all supporting schedules and statements;
    ☐ Last Form 1099-Misc received;
    ☐ Bank statements for six (6) months ending the month prior to filing;
    ☐ Current insurance declaration page;
    ☐ Current license and/or permit, plus municipal and county licenses and certifications; and
    ☐ Profit and loss statements for Form 1099-Misc expenses for six (6) months ending the month prior to filing.

I declare under penalty of perjury that the foregoing statements are true and correct.

I have read and acknowledge my responsibilities as a business debtor.

I understand that by filing this certification with the Standing Trustee and attachments in its support, I am signing the document under Fed. R. Bankr. P. 9011.

I declare that (I or my attorney) will retain the original signature of this certification for a period of seven (7) years from the date of the closing of this case pursuant to Fed. R. Bankr. P. 8011.

Date: 05-25-2023        /s/ _____
                             Debtor

[handwritten annotation: "AND DATE"] [sticker: "SIGN HERE"]

Date: _____       /s/ _____
                             Co-Debtor

Page 2 of 2

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
(Camden)

| IN RE:<br><br>Adnan T. Malik<br><br>Debtor(s). | Proceedings in Chapter 13<br><br>Case Number: 23-14114 (ABA)<br><br>CERTIFICATION OF DEBTOR<br>FOR DISSOLUTION OF A BUSINESS<br>WITHIN THE LAST TWO (2) YEARS |
|---|---|

I, _____Adnan T. Malik_____ being duly sworn, upon my oath state:

1. I had an ownership interest in the business known as **United Arms Enterprises, LLC**.
2. I operated the business at **124 Abbey Road   Voorhees, NJ 08043**.
3. I operated this business as a (sole proprietorship, **LLC**, LLP, Partnership, Corp. or Franchise).
4. I started this business on **04/05/2007**.
5. I ended this business on **04/01/2021**.
6. I had an ownership interest of **97** %.
7. I (**dissolved** or canceled or sold) the business.
8. I (have or **have not**) complied with all Federal and State requirements regarding the closure of this business.
9. I had bank accounts in the following financial institutions which were utilized for my business operations (include Paypal & online accounts):

| Bank Name | Type of Account / Purpose | Account Number (Last 4 digits) |
|---|---|---|
| N/A | | |
| | | |

10. I (**have** or have not) closed these accounts with the bank.
11. I (**have** or have not) filed **final** business tax returns with the Internal Revenue Service and State of New Jersey or any other state or commonwealth for all the prior tax years, for which I/the business were required to file a return.
12. At the time of closing, the value of my business assets, including tools, equipment, inventory, and accounts totaled $ **0**.
13. At the time of closing, I had business obligations which totaled $ **0**.

Page 1 of 2

14. In support of this certification and as required by the Standing Trustee, I provide the following attached documents (attached):

☐ Verification of dissolution of the business from the Internal Revenue Service and/or State of New Jersey or any other state or commonwealth;
☐ Last two (2) filed Federal Tax Returns, with all supporting schedules and statements; and
☐ Bank statements for six (6) months ending the month prior to filing OR verification that all business accounts have been closed.

I declare under penalty of perjury that the foregoing statements are true and correct.

I have read and acknowledge my responsibilities as a business debtor.

I understand that by filing this certification with the Standing Trustee and attachments in its support, I am signing the document under Fed. R. Bankr. P. 9011.

I declare that (I or my attorney) will retain the original signature of this certification for a period of seven (7) years from the date of the closing of this case pursuant to Fed. R. Bankr. P. 8011.

Date: 05-25-2023              /s/ _____
                                    Debtor

Date: _____              /s/ _____
                                    Co-Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
(Camden)

| IN RE: | Proceedings in Chapter 13 |
|---|---|
| Adnan T. Malik<br><br>Debtor(s). | Case Number: 23-14114 (ABA)<br><br>CERTIFICATION OF DEBTOR<br>FOR DISSOLUTION OF A BUSINESS<br>WITHIN THE LAST TWO (2) YEARS |

I, __Adnan T. Malik__ being duly sworn, upon my oath state:

1. I had an ownership interest in the business known as __7-11 Franchise__.
2. I operated the business at __3620 Federal Street   Camden, NJ 08105__.
3. I operated this business as a (**sole proprietorship**, LLC, LLP, Partnership, Corp. or Franchise).
4. I started this business on __04-05-2007__
5. I ended this business on __04-30-2021__
6. I had an ownership interest of __100__ %.
7. I (dissolved or **canceled** or sold) the business.
8. I (**have** or have not) complied with all Federal and State requirements regarding the closure of this business.
9. I had bank accounts in the following financial institutions which were utilized for my business operations (include Paypal & online accounts):

| Bank Name | Type of Account / Purpose | Account Number (Last 4 digits) |
|---|---|---|
| N/A | | |
| | | |
| | | |

10. I (have or **have not**) closed these accounts with the bank.
11. I (**have** or have not) filed **final** business tax returns with the Internal Revenue Service and State of New Jersey or any other state or commonwealth for all the prior tax years, for which I/the business were required to file a return.
12. At the time of closing, the value of my business assets, including tools, equipment, inventory, and accounts totaled $__∅__.
13. At the time of closing, I had business obligations which totaled $__∅__.

Page 1 of 2

14. In support of this certification and as required by the Standing Trustee, I provide the following attached documents (attached):

> ☐ Verification of dissolution of the business from the Internal Revenue Service and/or State of New Jersey or any other state or commonwealth;
> ☐ Last two (2) filed Federal Tax Returns, with all supporting schedules and statements; and
> ☐ Bank statements for six (6) months ending the month prior to filing OR verification that all business accounts have been closed.

I declare under penalty of perjury that the foregoing statements are true and correct.

I have read and acknowledge my responsibilities as a business debtor.

I understand that by filing this certification with the Standing Trustee and attachments in its support, I am signing the document under Fed. R. Bankr. P. 9011.

I declare that (I or my attorney) will retain the original signature of this certification for a period of seven (7) years from the date of the closing of this case pursuant to Fed. R. Bankr. P. 8011.

Date: 05-25-2023          /s/ _____
                                                Debtor


Date: _____     /s/ _____
                                                Co-Debtor