Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−14114−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Adnan T. Malik
    aka Adnan Taj Malik, aka Adnan Malik
    5448 Drexel Ave.
    Pennsauken, NJ 08109

Social Security No.:
    xxx−xx−3758

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 26, 2023.

Dated: July 27, 2023
JAN: as

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 23-14114-ABA
Adnan T. Malik  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 3
Date Rcvd: Jul 27, 2023  Form ID: plncf13  Total Noticed: 46

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Adnan T. Malik, 5448 Drexel Ave., Pennsauken, NJ 08109-1012 |
| 519916113 | + | Cliebt Services, Inc., 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 519916115 | | Express Credit Card, PO Box 650972, Dallas, TX 75265-0972 |
| 519916120 | | Michael E. Brown, Dembo, Brown & Burns, LLC, Mount Laurel, NJ 08054 |
| 519916122 | + | Pioneer Credit Recovery, PO Box 1009, Moorestown, NJ 08057-0909 |
| 519916124 | | RAS Healthcare, LLC, 124 Abbey Road, Voorhees, NJ 08043-2005 |
| 519916129 | + | TD Bank Loan Operations, 32 Chestnut Street, Lewiston, ME 04240-7744 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 27 2023 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 27 2023 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519916105 | + | Email/PDF: bncnotices@becket-lee.com | Jul 27 2023 20:47:41 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519916106 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 27 2023 20:37:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519937455 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 27 2023 20:37:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519916107 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 27 2023 20:38:00 | Barclays, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519916108 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 27 2023 20:38:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519916109 | + | Email/Text: notices@burt-law.com | Jul 27 2023 20:39:00 | Burton Neil & Associates, PC, 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5600 |
| 519916112 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2023 20:58:31 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 519941303 | | Email/Text: bnc-quantum@quantum3group.com | Jul 27 2023 20:38:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 519930706 | | Email/Text: mrdiscen@discover.com | Jul 27 2023 20:37:00 | Discover Bank, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 519916114 | + | Email/Text: mrdiscen@discover.com | Jul 27 2023 20:37:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519916116 | + | Email/Text: cashiering-administrationservices@flagstar.com | Jul 27 2023 20:38:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate |

Case 23-14114-ABA    Doc 24    Filed 07/29/23    Entered 07/30/23 00:16:52    Desc Imaged
                                Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 27, 2023 | Form ID: plncf13 | Total Noticed: 46 |

| | | | | |
|---|---|---|---|---|
| | | | | Drive, Troy, MI 48098-2639 |
| 519950813 | + | Email/Text: cashiering-administrationservices@flagstar.com | Jul 27 2023 20:38:00 | Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 519916117 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 27 2023 20:38:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 519916118 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 27 2023 20:38:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519916110 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 27 2023 20:47:43 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 519916111 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 27 2023 20:47:32 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519957611 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 27 2023 20:37:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519916119 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 27 2023 20:37:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519970527 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2023 20:47:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519968484 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 27 2023 20:38:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519916121 | ^ | MEBN | Jul 27 2023 20:36:51 | Northstar Location Services, LLC, ATTN: Financial Services Departmnet, 4285 Genesee Street, Buffalo, NY 14225-1943 |
| 519948444 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2023 20:47:54 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 519916123 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2023 20:47:26 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 519956773 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2023 20:47:59 | Portfolio Recovery Associates, LLC, c/o Sams Club, POB 41067, Norfolk VA 23541 |
| 519967327 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2023 20:47:21 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519916125 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 27 2023 20:37:00 | State of New Jersey, Division of Taxatio, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, PO Box 245, Trenton, NJ 08695-0245 |
| 519916126 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2023 20:47:16 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519916128 | | Email/Text: bankruptcy@td.com | Jul 27 2023 20:38:00 | TD Bank, 32 Chestnut Street, Lewiston, ME 04240 |
| 519916127 | | Email/Text: bankruptcy@td.com | Jul 27 2023 20:38:00 | TD Bank, PO Box 5600, Lewiston, ME 04243-5600 |
| 519929968 | ^ | MEBN | Jul 27 2023 20:36:47 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 519958583 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 27 2023 20:38:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 519916130 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 27 2023 20:38:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 519916131 | + | Email/Text: BAN5620@UCBINC.COM | Jul 27 2023 20:37:00 | United Collection Bureau, Inc, 5620 Southwyck Blvd, Suite 206, Toledo, OH 43614-1501 |
| 519971806 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 27 2023 20:47:54 | Verizon, by American InfoSource as agent, 4515 |

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 27, 2023 | Form ID: plncf13 | Total Noticed: 46 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519916132 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 27 2023 20:47:51 | Wells Fargo Bank, N.A., 1 Home Campus, MAC X2303-01A, Des Moines, IA 50328-0001 |
| 519924777 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 27 2023 20:47:25 | Wells Fargo Bank, N.A., Small Business Lending Division, P.O. Box 29482 MAC S4101-08C, Phoenix, AZ 85038-9482 |
| 519960957 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 27 2023 20:47:20 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

(first row, top of page, continues: "N Santa Fe Ave, Oklahoma City, OK 73118-7901")

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519959257 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel L Reinganum | on behalf of Debtor Adnan T. Malik dreinganumesq@outlook.com DReinganumESQ@Outlook.com;tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase. |
| Denise E. Carlon | on behalf of Creditor Aurora Financial Group Inc dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4