**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN**

**Thomas G. Egner, Esq.
McDowell Law, PC
46 West Main Street
Maple Shade, NJ 08052
Telephone: (856) 482-5544
Telecopier: (856) 482-5511
tegner@mcdowelllegal.com**

-----------------------------------------------------------X

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| | : | |
| **Adnan Taj Malik,** | : | **Case No. 23-14114** |
| | : | |
| | : | **Judge: Honorable Andrew B Altenburg, Jr.** |
| | : | |
| **Debtor(s).** | : | |

-----------------------------------------------------------X

## SUBSTITUTION OF ATTORNEY

The undersigned hereby consents to the substitution of McDowell Law, PC as attorneys for the Debtor in the above titled case.

                                                                                                 McDOWELL LAW, PC

| | |
|---|---|
| /s/Daniel L. Reinganum | /s/Thomas G. Egner |
| **DANIEL L. REINGANUM,** Esq. | **Thomas G. Egner,** Esq. |
| Withdrawing Attorney | Superseding Attorney |
| Dated:   August 31, 2023 | Dated:   August 31, 2023 |