UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

IN RE:                                                                              **CASE NO.: 23-14114-ABA**
                                                                                                        **CHAPTER 13**

**Adnan T. Malik,**
    **Debtor.**

_____/

## REQUEST FOR SERVICE

    **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of GREENWAY MORTGAGE FUNDING CORPORATION ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

        **ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
                            **13010 MORRIS ROAD, SUITE 450**
                                  **ALPHARETTA, GA 30004**

                                                        Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                        Attorney for Secured Creditor
                                                         130 Clinton Rd #202
                                                         Fairfield, NJ 07004
                                                         Telephone: 470-321-7112
                                                         Facsimile: 404-393-1425

                                                         By: <u>/s/Kimberly Wilson</u>
                                                             Kimberly Wilson
                                                             Email: kimwilson@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 16, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

ADNAN T. MALIK
5448 DREXEL AVE
PENNSAUKEN TOWNSHIP, NJ 08109

And via electronic mail to:

MCDOWELL LAW, PC
46 WEST MAIN STREET
MAPLE SHADE, NJ 08052

ANDREW B. FINBERG
CHAPTER 13 STANDING TRUSTEE
CHERRY TREE CORPORATE CENTER
535 ROUTE 38
SUITE 580
CHERRY HILL, NJ 08002

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Emily Cheng