| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY ( CAMDEN)<br><br>In Re  ADNAN T. MALIK<br>AKA ADNAN TAJ MALIK | **FILED**<br>JEANNE A. NAUGHTON, CLERK<br>JUL 02 2025<br>U.S. BANKRUPTCY COURT<br>CAMDEN, N.J.<br>BY _____ DEPUTY |

Case No       23-14114 ABA

Adversary No  _____

Chapter       13

Judge:        Andrew B. Altenburg, Jr.

## CREDITOR CHANGE OF ADDRESS
## ( PAYMENTS ONLY )

Under D N J LBR 2002-1 (b) this form must be used by a party to change its address during a case or proceeding  NOTE3 A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated  A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form

Party's name/type      **GREENWAY MORTGAGE FUNDING CORP.**

Old address            14647 S. 50th Street
                       Suite A-150
                       Phoenix, AZ   85044

New address            C/O Valon Mortgage, Inc.
                       P.O. Box  660043
                       Dallas, TX  75266-0043

New phone no  ----------------------------------------
(if debtor is filing and their phone number has changed)

☐ Check here if you are a debtor or a joint debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U S mail to your mailing address  Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices)

Debtor's DeBN account number ----------------------------------------

Joint debtor's DeBN account number ----------------------------------------

I hereby certify under penalty of perjury that the above information is true  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address

Date  6/24/2025

**Orlando DeLuca, Esq.**
Signature _(signed)_



DELUCA LAW GROUP, PLLC
C/O VALON MORTGAGE, INC.
2101 NE 26TH STREET
FORT LAUDERDALE, FL 33305

UNITED STATES BANKRUPTCY COURT
401 MARKET STREET
SECOND FLOOR
CAMDEN, NJ 08101