**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

Thomas G. Egner, Esquire

McDowell Law, PC

46 West Main Street

Maple Shade, NJ  08052

856-482-5544 phone  856-482-5511 fax

tegner@mcdowelllegal.com

Attorney for Debtor

In Re:

Adan T. Malik

                    Debtor.

Order Filed on July 28, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:          23-14114

Chapter:              13

Hearing Date:  _____

Judge:                 ABA

**CHAPTER 13 ORDER AUTHORIZING CANCELLATION,
VOIDING AND/OR DISCHARGE OF RECORD OF:**

❑ **MORTGAGE**        ❑ **LIEN**        ☒ **OTHER (specify)**  Judgment J-041806-23 CAM L-259-23

Recommended Local Form:   ☒ Followed     ❑ Modified

The relief set forth on the following page is hereby **ORDERED.**

**DATED: July 28, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**<u>NOTE TO RECORDING OFFICER</u>: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY
COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED.**

The following matters are determined and hereby ORDERED:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
Location (Street Address) 5448 Drexel Avenue, Pennsauken, NJ 08109

4. Description of Mortgage/Judgment Lien:
    a. Original Mortgagee/Lienholder: TD Bank, N.A.
    b. Current Assignee: TD Bank, N.A.
    c. Current Servicer: TD Bank, N.A.
    d. Date of Mortgage/Lien: 4/03/2023
    e. Date of Recordation: 4/03/2023
    f. Place of Recordation: Camden  County Supieror Court
        i. Mortgage Book:
        ii. Page:
    g. Original Principal Balance of Mortgage/Lien: $ 45,863.70

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

*new.4/24/14*