**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

Thomas G. Egner, Esquire

McDowell Law, PC

46 West Main Street

Maple Shade, NJ  08052

856-482-5544 phone  856-482-5511 fax

tegner@mcdowelllegal.com

Attorney for Debtor

In Re:

Adan T. Malik

           Debtor.

**Order Filed on July 28, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No:           23-14114

Chapter:           13

Hearing Date:       _____

Judge:            ABA

**CHAPTER 13 ORDER AUTHORIZING CANCELLATION,**
**VOIDING AND/OR DISCHARGE OF RECORD OF:**

❑ **MORTGAGE**     ❑ **LIEN**     ☒ **OTHER (specify)**  Judgment J-041806-23 CAM L-259-23

Recommended Local Form:   ☒ Followed    ❑ Modified

The relief set forth on the following page is hereby **ORDERED.**

**DATED: July 28, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

<u>**NOTE TO RECORDING OFFICER**</u>**: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY**
**COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED.**

The following matters are determined and hereby ORDERED:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
   Location (Street Address) 5448 Drexel Avenue, Pennsauken, NJ 08109 _____

   _____

4. Description of Mortgage/Judgment Lien:
   a. Original Mortgagee/Lienholder: TD Bank, N.A. _____
   b. Current Assignee: TD Bank, N.A. _____
   c. Current Servicer: TD Bank, N.A. _____
   d. Date of Mortgage/Lien: 4/03/2023 _____
   e. Date of Recordation: 4/03/2023 _____
   f. Place of Recordation: Camden County Supieror Court _____
      i. Mortgage Book: _____
      ii. Page: _____
   g. Original Principal Balance of Mortgage/Lien: $ 45,863.70 _____

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

*new.4/24/14*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                  Case No. 23-14114-ABA

Adnan T. Malik                                                                              Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jul 28, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2026:**

**Recip ID**          **Recipient Name and Address**
db           +  Adnan T. Malik, 5448 Drexel Ave., Pennsauken, NJ 08109-1012

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2026           Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Cory Francis Woerner | on behalf of Creditor GREENWAY MORTGAGE FUNDING CORPORATION cwoerner@raslg.com |
| Matthew K. Fissel | on behalf of Creditor Aurora Financial Group  Inc bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Thomas G. Egner | on behalf of Debtor Adnan T. Malik tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;fbeal@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5