**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Adnan T. Malik | Social Security number or ITIN   xxx–xx–3758 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:   23–14114–ABA

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Adnan T. Malik
aka Adnan Taj Malik, aka Adnan Malik

7/29/26

**By the court:** Andrew B. Altenburg Jr.
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                    **Chapter 13 Discharge**                    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:

Adnan T. Malik

Debtor

Case No. 23-14114-ABA

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1

Date Rcvd: Jul 29, 2026

User: admin

Form ID: 3180W

Page 1 of 4

Total Noticed: 51

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Adnan T. Malik, 5448 Drexel Ave., Pennsauken, NJ 08109-1012 |
| aty | + | Orlando DeLuca, c/o Valon Mortgage, 2101 Ne 26th Street, Fort Lauderdale, FL 33305, US 33305-1535 |
| cr | + | GREENWAY MORTGAGE FUNDING CORPORATION, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 520332551 | + | GREENWAY MORTGAGE FUNDING CORPORATION, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 520341628 | + | Greenway Mortgage Funding Corporation, Valon Mortgage, Inc., 14647 S 50th St, ST A150, Phoenix AZ 85044-6464 |
| 520341629 | + | Greenway Mortgage Funding Corporation, Valon Mortgage, Inc., 14647 S 50th St, ST A150, Phoenix AZ 85044 Greenway Mortgage Funding Corporation 85044-6464 |
| 519916120 | | Michael E. Brown, Dembo, Brown & Burns, LLC, Mount Laurel, NJ 08054 |
| 519916122 | + | Pioneer Credit Recovery, PO Box 1009, Moorestown, NJ 08057-0909 |
| 519916124 | | RAS Healthcare, LLC, 124 Abbey Road, Voorhees, NJ 08043-2005 |
| 519916129 | ++++ | TD BANK LOAN OPERATIONS, 141 MILL ST, LEWISTON ME 04240-7782 address filed with court:, TD Bank Loan Operations, 32 Chestnut Street, Lewiston, ME 04240 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 29 2026 21:02:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 29 2026 21:02:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519916105 | + | Email/PDF: bncnotices@becket-lee.com | Jul 29 2026 21:14:14 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519916106 | + | EDI: BANKAMER | Jul 30 2026 00:51:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519937455 | | EDI: BANKAMER | Jul 30 2026 00:51:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519916107 | + | EDI: TSYS2 | Jul 30 2026 00:51:00 | Barclays, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519916108 | + | EDI: TSYS2 | Jul 30 2026 00:51:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519916110 | + | EDI: JPMORGANCHASE | Jul 30 2026 00:51:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 519916111 | + | EDI: JPMORGANCHASE | | |

District/off: 0312-1                          User: admin                                    Page 2 of 4

Date Rcvd: Jul 29, 2026                        Form ID: 3180W                               Total Noticed: 51

|  |  |  |
|---|---|---|
|  | Jul 30 2026 00:51:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 519916112 + EDI: CITICORP | Jul 30 2026 00:51:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 519941303 EDI: Q3G.COM | Jul 30 2026 00:51:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 519930706 EDI: DISCOVER | Jul 30 2026 00:51:00 | Discover Bank, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 519916114 + EDI: DISCOVER | Jul 30 2026 00:51:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519916115 EDI: WFNNB.COM | Jul 30 2026 00:51:00 | Express Credit Card, PO Box 650972, Dallas, TX 75265-0972 |
| 519916116 + Email/Text: nsm_bk_notices@mrcooper.com | Jul 29 2026 21:01:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 519950813 + Email/Text: nsm_bk_notices@mrcooper.com | Jul 29 2026 21:01:00 | Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 519916117 + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 29 2026 21:01:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 519916118 + EDI: IRS.COM | Jul 30 2026 00:51:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519957611 + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 29 2026 21:01:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519916119 + EDI: CAPITALONE.COM | Jul 30 2026 00:51:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519970527 Email/PDF: resurgentbknotifications@resurgent.com | Jul 29 2026 21:14:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519968484 + Email/Text: bankruptcydpt@mcmcg.com | Jul 29 2026 21:02:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519916121 ^ MEBN | Jul 29 2026 20:56:59 | Northstar Location Services, LLC, ATTN: Financial Services Departmnet, 4285 Genesee Street, Buffalo, NY 14225-1943 |
| 519948444 EDI: PRA.COM | Jul 30 2026 00:51:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 519916123 EDI: PRA.COM | Jul 30 2026 00:51:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520074461 EDI: PRA.COM | Jul 30 2026 00:51:00 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 520074464 EDI: PRA.COM | Jul 30 2026 00:51:00 | Portfolio Recovery Associates, LLC, c/o Gap, POB 41067, Norfolk VA 23541 |
| 519956773 EDI: PRA.COM | Jul 30 2026 00:51:00 | Portfolio Recovery Associates, LLC, c/o Sams Club, POB 41067, Norfolk VA 23541 |
| 519967327 EDI: PRA.COM | Jul 30 2026 00:51:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519916125 Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 29 2026 21:01:00 | State of New Jersey, Division of Taxatio, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, PO Box 245, Trenton, NJ 08695-0245 |
| 519916126 + EDI: SYNC | Jul 30 2026 00:51:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519916128 EDI: TDBANKNORTH.COM |  |  |

District/off: 0312-1 | User: admin | Page 3 of 4
Date Rcvd: Jul 29, 2026 | Form ID: 3180W | Total Noticed: 51

| | | Jul 30 2026 00:51:00 | TD Bank, 32 Chestnut Street, Lewiston, ME 04240 |
| 519916127 | EDI: TDBANKNORTH.COM | | |
| | | Jul 30 2026 00:51:00 | TD Bank, PO Box 5600, Lewiston, ME 04243-5600 |
| 519929968 | ^  MEBN | | |
| | | Jul 29 2026 20:57:00 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 519958583 | EDI: USBANKARS.COM | | |
| | | Jul 30 2026 00:51:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 519916130 | +  EDI: USBANKARS.COM | | |
| | | Jul 30 2026 00:51:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 519916131 | +  Email/Text: BAN5620@UCBINC.COM | | |
| | | Jul 29 2026 21:01:00 | United Collection Bureau, Inc, 5620 Southwyck Blvd, Suite 206, Toledo, OH 43614-1501 |
| 519971806 | +  EDI: AIS.COM | | |
| | | Jul 30 2026 00:51:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519916132 | +  EDI: WFHOME | | |
| | | Jul 30 2026 00:51:00 | Wells Fargo Bank, N.A., 1 Home Campus, MAC X2303-01A, Des Moines, IA 50328-0001 |
| 519924777 | +  EDI: WFCCSBK | | |
| | | Jul 30 2026 00:51:00 | Wells Fargo Bank, N.A., Small Business Lending Division, P.O. Box 29482 MAC S4101-08C, Phoenix, AZ 85038-9482 |
| 519960957 | EDI: WFCCSBK | | |
| | | Jul 30 2026 00:51:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 41

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519959257 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519916109 | ##+ | Burton Neil & Associates, PC, 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5600 |
| 519916113 | ##+ | Cliebt Services, Inc., 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2026 | Signature: | /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | |

District/off: 0312-1                          User: admin                                  Page 4 of 4

Date Rcvd: Jul 29, 2026                       Form ID: 3180W                              Total Noticed: 51

courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Cory Francis Woerner

on behalf of Creditor GREENWAY MORTGAGE FUNDING CORPORATION cwoerner@raslg.com

Matthew K. Fissel

on behalf of Creditor Aurora Financial Group  Inc bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Thomas G. Egner

on behalf of Debtor Adnan T. Malik tegner@mcdowelllegal.com
tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;fbeal@mcdowelllegal.com;egnertr62202@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 5